AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

FREDERICK TEDESCHI

V.

TRAVIS & NATALIE, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 304 ML

TO: (Name and address of defendant)
TRAVIS & NATALIE, INC.
c/o ALAN P. GELFUSO, REGISTERED AGENT FOR SERVICE
1193 RESERVOIR AVENUE
CRANSTON, RI 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MERLYN P. O'KEEFE, ESQ.
PACKER & O'KEEFE
1220 KINGSTOWN ROAD
PEACE DALE, RI 02879

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/11/05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7/18/05 |
| NAME OF SERVER (PRINT) Michael F. Talercio | TITLE Constable #6109 |

FILED
2005 JUL 26 A 11: 09
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): Served - Travis & Natalie, INC. C/O Agent: Alan P. Gelfuso 1193 Reservoir Ave Cranston R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15.00 | 30.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/18/05
Date

Michael F. Talercio
*Signature of Server*

24 Tome St. Cranston R.I.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUL 22 2005