JRO:MKD:pac 37171 \pleading\37171Answer.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

## ANSWER

1. Denied that plaintiff was a member of the crew of the F/V Travis & Natalie at all times referred to in the complaint. Admitted that plaintiff served as a crewman on the F/V Travis & Natalie at various times. Defendant is without sufficient information to admit or deny the remainder of the allegation.

2. Admitted that defendant, Travis & Natalie, Inc., is a Rhode Island corporation, regularly doing business in this state and is the owner of the F/V Travis & Natalie. Denied that plaintiff, Frederick Tedeschi, was employed by Travis & Natalie, Inc. at all times referred to in the complaint.

## JURISDICTION

3. Defendant admits that jurisdiction is proper under 46 U.S.C. App. §688. Defendant denies that jurisdiction lies, either directly or indirectly, under 45 U.S.C. §51. Admitted as to the remainder of the allegation.

## COUNT I
(MAINTENANCE AND CURE)
(As to defendant, Travis & Natalie, Inc.)

4. Denied.

5. Admitted.

6. Denied.

7. Defendant is without sufficient information to admit or deny the veracity of the allegation.

3

8. Denied.

9. Denied.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

WHEREFORE, defendant demands judgment against plaintiff, together with attorney's fees and costs.

**<u>COUNT II</u>**
(JONES ACT 46 U.S.C. §688)
(As to defendant, Travis & Natalie, Inc.)

14. Defendant hereby restates and realleges responses in paragraphs 1 through 13 as if herein stated.

15. Denied.

16. Denied.

WHEREFORE, defendant demands judgment against plaintiff, together with attorney's fees and costs.

**<u>COUNT III</u>**
(BREACH OF WARRANTY OF SEAWORTHINESS)
(As to defendant, Travis & Natalie, Inc.)

17. Defendant hereby restates and realleges responses in paragraphs 1 through 16 as if herein stated.

18. Denied.

19. Denied.

**Fifth Defense**

Defendant affirmatively pleads that any and all injuries incurred by plaintiff resulted from a superceding intervening cause.

WHEREFORE, defendant demands judgment against plaintiff, together with attorney's fees and costs.

**Sixth Defense**

Defendant affirmatively pleads that any and all injuries incurred by the plaintiff were the result of a purposeful and unforeseeable attack by a third party. Further, plaintiff specifically assumed the risk of attack by provoking his attacker.

WHEREFORE, defendant demands judgment against plaintiff, together with attorney's fees and costs.

**Defendant demands a trial by jury.**

DEFENDANT,
By its Attorney,

[signature]

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 8/5/05 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

[signature]