JRO:CLI:kap 37171 pleading\37171irrogs.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**DEFENDANT'S FIRST SET OF INTERROGATORIES PROPOUNDED TO THE PLAINTIFF**

The defendant requests the plaintiff to provide answers to the following interrogatories on or before thirty (30) days from the date hereof. These interrogatories shall be deemed to be continuing up to the time of trial so as to require supplemental answers if additional facts or additional information become available.

1. Please state your name, social security number, present address, date of birth, and your present employer, occupation, and business address, and describe how you came to be employed upon defendant's vessel.

2. As to each medical practitioner who has examined or treated you for any of the injuries, symptoms, ailments, or pains which you claim resulted from the accident or incident, please state the name, address and specialty of each medical practitioner, the date of each examination or treatment, the physical, mental or emotional condition for which each examination or treatment was performed, the cost of such examination and to whom the bill was submitted.

3. If you are still under the care of any provider for any condition or reason, including those providers identified in answer to Interrogatory No. 2, please state the name and address of each practitioner and the nature of each condition for which care is being rendered.

4. Please state the name and address of each medical provider who examined or treated you for any mental or physical condition during the five (5) year period immediately before the date of the incident, as well as for any injury or condition subsequent to the incident, and describe the conditions or complaints for which each examination or treatment was performed, the name and address of the health care provider, and the date of each examination or treatment performed.

5. If you claim you have and/or in the future will sustain any monetary loss or any other expenses or damages as a result of the permanent injuries or disability as a result of this incident, please state the reason why the loss will be incurred, the amount of the loss, and the method by which you arrived at the amount of the loss and in doing so describe with particularity the nature of your

permanent injury(s) and/or disability(s) and how each related to your time lost and the monetary compensation or loss you claim to have sustained for each.

6. List each job or position of employment, including self-employment, held by you for the five (5) years before the incident, the year in which the incident occurred and each subsequent year to the present, stating the name and address of your employer and the date of commencement, date of termination of employment, and earnings for each year employed and include in your answer any time lost from gainful employment during each work period referred to and identify those losses you claim to be a result of the incident upon which you sue.

7. Regarding each expert witness whom you expect to testify at trial, please state:

(a) The full name and address of each and every such expert witnesses;

(b) The subject matter on which each such expert may be expected to testify;

(c) The substance of all facts to which any such expert is expected to testify;

(d) The contents of all opinions to which each expert is expected to testify; and

(e) A summary of the grounds for each opinion to which each such expert is expected to testify.

8. Please state the exact hour and date your injury occurred and describe the exact location where your injury occurred by giving the distance and direction to at least three (3) fixed objects in the same area, and please describe in complete detail precisely how your accident occurred, describing the particular tasks or actions you were performing at the time of your injuries and whether you were acting pursuant to any orders.

9.. If you claim that the defendant's vessel was defective, please describe the specific defects of the parts of the vessel and/or its equipment concerned and the manner in which these alleged conditions caused your injury.

10. If you claim that any of the defendant's personnel and/or agents and/or fellow employee(s) failed to exercise reasonable care, please describe the name, title or other identification of the personnel concerned and the act or omission of the above described personnel which caused your injury.

11. If you claim that your injury was caused by an unseaworthy condition of the ship or its equipment, please describe the unseaworthy condition, state when you first noticed this condition and how long it existed prior to your injury or in the alternative say there were none.

12. Please identify by name and present or last known address, those persons whom you

believe were witnesses to the incident or the condition which you allege caused your injury, including those persons who were present at the place where the incident occurred either shortly before or shortly after the incident, and specify which will be called to testify at trial.

13. If you have ever asserted a claim for damages or for compensation of personal injuries, please state the date of injury, the nature of the injury, the amount of damages or compensation received, and the names and addresses of each person or organization against whom a claim was made or from whom payments were received.

14. Please state each and every fact, in detail, upon which you base your allegations as contained in the complaint that you are entitled to payment of maintenance, including, but not limited to, the nature of the injury or illness, the actual expenditures made by you for maintenance, the duration of any maintenance paid and outstanding, and further state each and every fact in detail upon which you base your allegations as contained in the complaint that the defendant wilfully refused and/or failed to pay maintenance.

15. State whether you or anyone acting on your behalf is in possession of any statement by the defendant or by any employee or representative of defendant regarding the accident or the circumstances surrounding the same, when each statement was made, whether oral or written, and if written, whether signed or unsigned, identifying the person by name and address who gave each statement and the name and address of each person who took each statement, as well as the name and address of each person who is in possession, custody or control of each written statement.

16. State the address of each place lived at the time or times you served aboard the vessel, up to the present, and state who you lived with at each place. Describe the nature of your accommodations aboard the vessel and identify each document, witness, or other proof of actual expense paid by you to replicate your accommodations aboard the vessel.

17. State whether within the last ten years you have pleaded guilty or nolo, been convicted of, or had a sentence imposed because of any criminal offense in any state, including traffic violations, and as to each of the above, state the charge, date, court and disposition.

18. State and describe the trip upon which you served that immediately preceded the events of the night in question, and state whether during that trip or any other you had a confrontation with the captain or any member of the crew and if you never did, so state, and if you had prior confrontations, fights or arguments with the captain or other members of the crew so state and describe each with particularity.

19. State how you came to be a crewmember of the *Travis and Natalie* and describe when and how you came to be a crewmember, the time, date and conversations that led up to your becoming a member of the crew and if you were ever disciplined or had your pay cut or did not recieved a full share so state and describe all circumstances which led to each of those events.

20. For the night in question state in detail the events that transpired from the time you left the vessel, who you left the vessel with, where you were going and everything that happened, including details of the drinking, fighting, crack smoking, choking, hitting with bottles and groping the wife of the captain until you returned to the vessel and the circumstances under which you returned to the vessel, and for each such activity identify the participants, the actions of each and the time that each action occurred.

21. State if you filed any action (other than the instant action) as a result of the events of the evening (to include the receipt of benefits as a victim) and identify what action was filed, describe all the documents filed and produce copies of each for inspection and describe all sums recovered and produce copies of all documents referring or relating to each such action.

DEFENDANT,
By its Attorney,

J. Renn Olenn

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on October 24, 2005 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale RI 02879

Kendra Pascucci