**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FREDERICK TEDESCHI** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 2005-304ML** |
| | : | |
| **TRAVIS & NATALIE, INC.** | : | |

# SOUTH COUNTY HOSPITAL'S MOTION TO QUASH

Now comes the non-party to this action, South County Hospital, and hereby moves this Honorable Court for entry of an Order to Quash a Subpoena served upon its Department of Diagnostic Imaging, by the Defendant, Travis & Natalie, Inc.. The Hospital's Memorandum in Support of Its Motion to Quash is attached and incorporated herein.

Respectfully submitted,
SOUTH COUNTY HOSPITAL
By Its Attorneys,

RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
Shannon L. Rand, Esquire (#6896)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

# CERTIFICATION

A true and accurate copy of the within was mailed, postage prepaid, on this 15th day of December, 2005 to:

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 [Fax]

Merelyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

*Mot Quash Sub for Tedeschi records*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FREDERICK TEDESCHI** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 2005-304ML** |
| | : | |
| **TRAVIS & NATALIE, INC.** | : | |

**MEMORANDUM IN SUPPORT OF SOUTH COUNTY HOSPITAL'S MOTION TO QUASH**

## INTRODUCTION

Now comes the non-party to this action, South County Hospital, and hereby moves this Honorable Court for entry of an Order to Quash a Subpoena served upon its Department of Diagnostic Imaging by the Defendant, Travis & Natalie, Inc.. The Subpoena was served on December 13, 2005 and indicates that there is a date of compliance of Friday, December 16, 2005. A true and accurate copy of the Subpoena is attached hereto as Exhibit A.

The Subpoena seeks the production of the following: "Any and all x-rays taken of the plaintiff, Frederick Tedeschi, Jr. (dob: 9/1/1971). Specifically those taken during the emergency and admission of 9/30/04 through 10/4/04." In support of this Motion to Quash, non-party South County Hospital states that the Subpoena was not timely served and unreasonably requires compliance within three days of service. In addition, the Hospital states that the records sought by the Subpoena may contain confidential healthcare information beyond the scope of permissible discovery in this matter.

Furthermore, upon communication with legal counsel for the patient, the Hospital was made aware that the Plaintiff's counsel has not received a copy of the subpoena.

**THE HOSPITAL WAS NOT PROVIDED WITH REASONABLE TIME TO COMPLY**

South County Hospital was served with the Subpoena on or about December 13, 2005. The Subpoena has a compliance date of December 16, 2005. This provides the Hospital with only three (3) days to comply with the Subpoena. The Subpoena was not timely served as required by Rule 45(c)(3)(A)(i) of the Federal Rules of Civil Procedure. The United States District Court for the Eastern District of Louisiana has held that one business day's notice is unreasonable in light of Rule 45(c)(2)(B) that a subpoenaed person be permitted 14 days to object. *Paul v. Stewart Enterprises, Inc., 2000 U.S. Dist. LEXIS 12026 (2000).* In *United States of America v. Woods, 931 F. Supp. 433, 442; 1996 U.S. Dist. LEXIS 11073 (1996)* the Court noted that a party who obtained subpoenas only seven days prior to a hearing and had yet to serve the subpoenas, would not have given the subpoena recipients reasonable time to comply and therefore the subpoena would be subject to a motion to quash.

**THE PATIENT WAS NOT PROVIDED WITH SUFFICIENT NOTICE TO OBJECT PURUSANT TO RI GENERAL LAWS § 5-37.3-6.1**

The Rhode Island Confidentiality of Healthcare Communications and Information Act, Rhode Island General Laws § 5-37.3-6 *et seq* provides that certain confidential healthcare communications and information are not subject to compulsory legal process in any type of judicial proceeding. A copy of § 5-37.3-6 and § 5-37.3-6.1 are attached

hereto as Exhibit B. In addition, Rhode Island General Law § 9-17-24 provides, in pertinent part, that no healthcare provider shall be competent to testify concerning any information obtained by the patient, nor required to produce any documents or evidence obtained by the patient in the course of the customary professional healthcare relationship without the consent of the patient. A copy of § 9-17-24 of the Rhode Island General Laws is attached hereto as Exhibit C. Finally, § 5-37.3-6.1 requires that a patient be given twenty (20) days notice of a request for medical records, such that the patient or his authorized representative may file a motion to quash. The Defendant has not complied with the twenty day notice requirement.

South County Hospital's duty to maintain patient confidentiality is of paramount concern. The Hospital could face civil liability for the unauthorized release of confidential information. In support of its Motion to Quash, South County Hospital states that the records sought by the Subpoena are confidential and the Hospital may be barred by law from producing or disclosing all of the records sought by the Subpoena.

## CONCLUSION

WHEREFORE, the non-party, South County Hospital, hereby moves to quash the instant Subpoena to the extent identified in this Motion based upon the failure of the Defendant to comply with the applicable Federal Rules of Civil Procedure and the Rhode Island General Laws to the extent that it is untimely and seeks to compel the production of medical records that may be precluded by applicable law.

Respectfully submitted,
SOUTH COUNTY HOSPITAL
By Its Attorneys,

RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
Shannon L. Rand, Esquire (#6896)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

## CERTIFICATION

A true and accurate copy of the within was mailed, postage prepaid, on this 15th day of December, 2005 to:

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 [Fax]

Merelyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879