CLI:JRO:kap 37171 \pleading\37171NODSouthCntyHosp.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**NOTICE OF DEPOSITION**

**DEPONENT:** South County Hospital, Department of Diagnostic Imaging

**DATE:** Friday, December 16, 2005

**TIME:** 2:00 p.m.

**PLACE:** 530 Greenwich Avenue, Warwick, RI 02886

**DOCUMENTS REQUESTED:** Any and all x-rays taken of the plaintiff, Frederick Tedeschi, Jr. (dob: 9/1/1971). Specifically those taken during the emergency and admission of 9/30/04 through 10/4/04.

Please take notice that the above oral examination will be conducted pursuant to Rule 26 of the Rhode Island Rules of Civil Procedure before an officer authorized by law to administer oaths. Said examination will continue from day to day until completed.

The deponent is to bring the requested documents for examination and copying.

DEFENDANT,
By their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I forwarded a true copy of the within on 12/13/05 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

[signature]

**EXHIBIT "A"**

Any and all x-rays taken of the plaintiff, Frederick Tedeschi, Jr. (dob: 9/1/1971). Specifically those taken during the emergency and admission of 9/30/04 through 10/4/04.

kap 37171