JRO:CLI:kap 37171 \pleading\37171mtcpod.wpd

FILED
DEC 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the defendant, Travis & Natalie, Inc., and hereby moves to compel production of documents from the Plaintiff, Frederick Tedeschi, on or before twenty (20) days from the date of the court order for failure to produce documents requested in defendants' request for production of documents dated October 24, 2005, a copy of which is attached hereto.

No memorandum of law is required pursuant to Local Rule 12 (a)(1).

DEFENDANT,
By their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 1/6/06

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

J. Renn Olenn, Esq.

**CERTIFICATION**

I certify that I sent a true copy of the within on December 13, 2005 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Kendra Pascucci