JRO:CLI:kap 37171 \pleading\37171mtcairrogs.wpd

FILED
2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the defendant, Travis & Natalie, Inc., and hereby moves to compel answers to interrogatories within twenty (20) days of the court order as propounded on Plaintiff, Frederick Tedeschi on October 24, 2005. In support hereof the defendant states that the plaintiff has not filed his answers in timely compliance with F.R.C.P. 33. The original copies of the interrogatories propounded are attached hereto.

No memorandum of law is required pursuant to Local Rule 12 (a)(1).

DEFENDANT,
By their Attorney,

[illegible] been timely filed [illegible] Rules for the District [illegible] Island, the within motion [illegible] granted.

Barbara Barletta
Deputy Clerk
Date: 1/6/06

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

J. Renn Olenn, Esq.

**CERTIFICATION**

I certify that I sent a true copy of the within on December 13, 2005 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Kendra Pascucci