UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C.A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**SOUTH COUNTY HOSPITAL'S**
**MOTION TO QUASH**

Now comes the non-party to this action, South County Hospital, and hereby moves this Honorable Court for entry of an Order to Quash a Subpoena served upon its Department of Diagnostic Imaging, by the Defendant, Travis & Natalie, Inc.. The Hospital's Memorandum in Support of Its Motion to Quash is attached and incorporated herein.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 1/13/06

Respectfully submitted,
SOUTH COUNTY HOSPITAL
By Its Attorneys,

RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
Shannon L. Rand, Esquire (#6896)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

A true and accurate copy of the within was mailed, postage prepaid, on this 15th day of December, 2005 to:

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 [Fax]

Merelyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

*Mot Quash Sub for Tedeschi records*