**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI<br>PLAINTIFF | : | |
| vs. | : | C.A. NO.: 2005-304ML |
| TRAVIS & NATALIE, INC.<br>DEFENDANT | : | |

**NOTICE OF DEPOSITION**

DEPONENT: JOSEPH. MATTERA
DATE: 6 FEBRUARY 2006
TIME: 10:00 A.M.

Please take notice that, pursuant to Rule 26, the undersigned will take the Deposition of the above-named individual for the purpose of discovery or for use as evidence, or both, which will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of PACKER & O'KEEFE, Rodman Square, 1220 Kingstown Road, Peace Dale, Rhode Island 02879, before a Notary Public commissioned in the State of Rhode Island oaths.

Respectfully submitted,
Plaintiff, Frederick Tedeschi
By his Attorneys:
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esquire #2439
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 23rd day of January 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886 and Frances D. Young, 135 Rankin Avenue, Providence, RI 02908.

Bonnie S. Dowling