JRO:MKD:jlb 37171 \pleadings\37171motionextend

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**MOTION TO EXTEND TIME IN WHICH THE PARTIES ARE REQUIRED TO DISCLOSE EXPERT WITNESSES**

Now comes the defendant in the above-entitled action and hereby request this court extend the time for the defendant to identify expert witnesses to be used at trial from February 4, 2006 to March 15, 2006. The defendant relies on the attached memorandum of law in support of this motion.

Respectfully Submitted,

DEFENDANT,
By Its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 2·3·06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Jessica Beaudry

JRO:MKD:jlb 37171 \pleading\37171memoextend

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND THE TIME FOR DISCLOSURE OF EXPERTS**

By pre-trial order, the Honorable Judge Mary M. Lisi ordered the following deadlines:

1. Discovery is to be closed on April 29, 2006;
2. Plaintiff's experts are to be disclosed by January 4, 2006;
3. Defendant's experts are to be disclosed by February 4, 2006;
4. Dispositive motions are to be filed by May 13, 2006;
5. Pre-trial memos are to be filed by May 30, 2006.

Defendant's request this extension in order to retain a potential expert in fishing boat safety captain and crew qualifications and navigation. As plaintiff is aware, defendants have disclosed two experts to be used in examining the plaintiff with respect to his injuries and vocational abilities resulting there from. These are Dr. Edward Akelman and Cate Marcille, respectively. Examinations of the plaintiff by Akelman and Marcille are currently scheduled for February 22, 2006. Defendant made previous attempts to get the plaintiff examined which were unsuccessful. The defendants request the opportunity to review the outcome of these examinations and potential expert reports in order to determine the need to determine the necessity of whom the defendant is going to or likely to use at trial.

The scheduling of the examinations on February 22nd has taken much longer than expected.

Due to the fact that the plaintiff resides in Long Island, New York, and due to other scheduling conflicts and objections to procedure raised by the plaintiff concerning plaintiff's medical records, the parties finally agree to February 22nd. Defendant expects that the physical examinations and the resulting reports will be completed by March 1, 2006.

It does not appear that plaintiff will be prejudiced by this delay since trial is not scheduled for several months and pre-trial memos are not due until May 30, 2006. Recently plaintiff has agreed to the scheduling exams as well as this motion to extend. Defendant respectively requests this court extend the time within which the parties may disclose expert witnesses to March 13, 2006.

Respectfully Submitted,

DEFENDANT,
By Its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 2.3.06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879