JRO:MKD:jlb 37171 \pleadings\37171motionextend

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 08 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**MOTION TO EXTEND TIME IN WHICH THE PARTIES ARE REQUIRED TO DISCLOSE EXPERT WITNESSES**

Now comes the defendant in the above-entitled action and hereby request this court extend the time for the defendant to identify expert witnesses to be used at trial from February 4, 2006 to March 15, 2006. The defendant relies on the attached memorandum of law in support of this motion.

Respectfully Submitted,

DEFENDANT,
By Its Attorney,

[signature]

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Granted. Mary M. Lisi USDJ 2/8/06

**CERTIFICATION**

I certify that I sent a true copy of the within on 2.3.06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Jessica Beaudry