No Response

**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI<br>PLAINTIFF | : | |
| vs. | : | C.A. NO.: 2005-304 ML |
| TRAVIS & NATALIE, INC.<br>DEFENDANT | : | |

**MOTION FOR LEAVE TO FILE AND SERVE**
**A FIRST AMENDED COMPLAINT**

Comes now your Plaintiff, Frederick Tedeschi, and moves this Honorable Court for leave to file and serve a First Amended Complaint in keeping with the attached Proposed First Amended Complaint.

Respectfully submitted
Plaintiff, Frederick Tedeschi
By his Attorneys:
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esquire
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

<u>CERTIFICATION</u>

I hereby certify that I mailed a true copy of the withing, first class postage pre-paid, on the 31st ~~th~~ of January 2006 to the following: J. Renn Olenn, Esquire, OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Granted.
Mary M. Lisi
USDJ 2/24/06

Bonnie S. Dowling
Bonnie S. Dowling