UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI
PLAINTIFF

VS. CA. NO. 2005-304ML

TRAVIS & NATALIE, INC.
DEFENDANT

**DEPOSITION OF FREDERICK J. MATTERA**, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, on March 10, 2006, at the offices of Packer & O'Keefe, 1220 Kingstown Road, Peace Dale, Rhode Island, before Frances D. Young, Notary Public, convening at 11:35 a.m.

**APPEARANCES**:

Packer & O'Keefe
BY: Merlyn P. O'Keefe, Esquire
Counsel for the Plaintiff

Olenn & Penza
BY: J. Renn Olenn, Esquire
Counsel for the Defendant

ORIGINAL

FRANCES D. YOUNG
Court Stenographer

(ATTACHMENT 3)

# INDEX


| Deposition of Frederick J. Mattera | Page |
|---|---|
| Examination by Mr. O'Keefe | 4 |

# **E X H I B I T S**


| Plaintiff's Exhibits for Identification | | Page |
|---|---|---|
| 1 | Amended Notice of Deposition of Frederick Tedeschi | 4 |

(PLAINTIFF'S EXHIBIT 1 RECEIVED AND MARKED FOR IDENTIFICATION; Amended Notice of Deposition of Frederick Tedeschi)

**FREDERICK J. MATTERA,**

F-r-e-d-e-r-i-c-k J. M-a-t-t-e-r-a, having been duly sworn, deposes and testifies as follows:

**EXAMINATION BY MR. O'KEEFE**

Q. Mr. Mattera, showing you what's been marked as Plaintiff's Exhibit 1 for Identification, could you tell me what that is? You've had a chance to look at that document which has been marked as Exhibit 1?

A. Uh-hum (affirmative).

Q. That's a deposition notice, if I'm not mistaken?

A. Correct.

Q. Signed by your attorney --

A. Yes.

Q. -- in this case?

A. Yes.

Q. And it was commanding Mr. Tedeschi's presence yesterday at ten o'clock?

A. Yes.

Q. And you showed up for that deposition in Mr. Olenn's office at approximately 10:40, am I

correct?

A. Yes, thereabouts.

Q. And when did you lose your respect for Mr. Tedeschi and the Court and me and show up 40 minutes late for a deposition?

MR. OLENN: Don't answer the question. You may go on with another question.

Q. You don't have any respect for this system, do you, Mr. Mattera?

MR. OLENN: Don't answer that question.

Q. You don't have any respect for your former crewman, do you?

MR. OLENN: At this point I'm going to recess the deposition. When you get a civil tone in your head we'll be back. Let's go, Mr. Mattera. Just re-notice the deposition as soon as you have control of your emotions and behave properly and not in such an infantile and hostile manner.

MR. O'KEEFE: File a motion for sanctions.

MR. OLENN: You go right ahead.

MR. O'KEEFE: I will. Good-day.

(The deposition was recessed at 11:39 a.m.)

# C E R T I F I C A T I O N

I, Frances D. Young, RMR, do hereby certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the State of Rhode Island and Providence Plantations that the foregoing is true and correct.

Reading and signing of the transcript was not requested by the deponent or any of the parties involved upon completion of the deposition.

IN WITNESS WHEREOF I have hereunto set my hand this 10th day of March 2006.

Frances D. Young, RMR

My commission expires:
September 20, 2009