RECEIVED

MAR 27 2006

Property of U.S. District Court
District of Rhode Island

JRO:MKD:co 37171 \pleading\37171Obj

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant objects to plaintiff's motion for sanctions on the grounds that it is plaintiff and his counsel's actions at the deposition of Frederick Mattera that are sanctionable. To that end, defendant has previously filed a motion for a protective order against the plaintiff and his counsel for said conduct. In support of this objection, defendant relies on the memorandum of law in support of its motion for protective order, a copy of which is attached hereto.

DEFENDANT,
By its Attorney,

J. Renn Olenn by MKD

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 3/23/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

COako