OLENN & PENZA

ATTORNEYS AT LAW - LLP

*Via Fax* January 31, 2006

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

RE: Frederick Tedeschi vs. Travis & Natalie, Inc.
Our File No. 37171

Dear Mr. O'Keefe:

I have received your notices of deposition for Fred Mattera and Joseph Mattera which you have noticed for February 6, 2006. Please be advised that Fred Mattera will not be back from a trip to Virginia in time for his deposition on February 6th. In addition, Joseph Mattera will be on a fishing trip on that date.

I am scheduled for a trial "date certain" before Judge Patricia Hurst in the Providence Superior Court which is scheduled to begin on February 13, 2006. I would request that the above depositions be rescheduled to a date in March 2006. Thank you for your cooperation.

Very truly yours,

J. Renn Olenn
Jro@olenn-penza.com

JRO:CLI:cli/letters/okeefe.wpd

Att 1