O&P

OLENN & PENZA

ATTORNEYS AT LAW - LLP

*Via FAX* February 27, 2006

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

RE: Frederick Tedeschi vs. Travis & Natalie, Inc.
Our File No. 37171

Dear Mr. O'Keefe:

I have a deposition of a plaintiff in a long-standing lead paint case scheduled for March 1st. Accordingly, I would ask that you please reschedule your depositions of Fred and Joe Mattera. Thank you.

Very truly yours,

J. Renn Olenn
cli

J. Renn Olenn
Jro@olenn-penza.com

JRO:CLI:cli/letters/37171o'keefe8.wpd

Att 2

530 GREENWICH AVE WARWICK, RI 02886 PHONE (401) 737-3700 FAX (401) 737-5499 WWW.OLENN-PENZA.COM