JRO:CLI:jlb 37171 \lpleading\37171motion

FILED
MAR 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :

VS. : C. A. NO. 2005-304ML

TRAVIS & NATALIE, INC. :

3/31/06: WITHDRAWN BY DEFENDANT WITHOUT PREJUDICE TO RENEWAL. USMJ

**DEFENDANT'S MOTION TO OVERRULE OBJECTIONS AND/OR COMPEL FURTHER PRODUCTION FROM THE PLAINTIFF**

Now comes the defendant, Travis & Natalie, Inc., and hereby moves to overrule objections and/or compel further production as set forth in the attached memorandum of law within twenty (20) days from the court's order.

DEFENDANT, Travis & Natalie, Inc.
By Its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

Referred to U.S.M.J. Almond
for findings & recommendation
or determination

Mary M. Lisi, U.S. District Judge
Date: 3/15/06