IN THE UNITED STATES COURT
FOR THE DISTRICT OF RHODE ISLAND

rec'd 3/24/06

FREDERICK TEDESCHI
PLAINTIFF

vs.

C.A. NO.: 2005-304 ML

TRAVIS & NATALIE, INC.
DEFENDANT

**PLAINTIFF FREDERICK TEDESCHI'S FURTHER TENDER OF DOCUMENTS**

Comes now your Plaintiff, Frederick Tedeschi, and forwards the following documents in further response to Defendant's Request for Production of Documents:

1. South County Walkin and Primary Care
   360 Kingstown Road
   Narragansett, RI 02882

   Billing statement for 8/18/04 date of service.

2. Vytra Health Plans
   395 North Service Road
   Melville, NY 11747

   Health Insurance Claim Forms for the following:

   Eastern Long Island Hospital
   201 Manor Place
   Greenport, NY 11944

   Date of Service: 10/15/04 for Lab fees
   10/15/04 for Lawrence P. Kelly, M.D.

   John Impellizeri, D.O.
   Cutchogue Internal Medicine
   32645 Main Road, PO Box 1159
   Cuthogue, NY 11935-9874

   Date of Service: 10/15/04 and 11/11/04

100

South County Hospital
100 Kenyon Avenue
Wakefield, RI 02879-4299

Date of Service: 10/04/04 for Dr. Louis Rubenstein
10/02/04 and 10/03/04 for Dr. Kristine Cunniff
09/30/04 for Dr. David B. Burns
(dated 12/06/04 and 03/29/05 w/ copy of Discharge Summary)
09/30/04 for RI Emergency Physicians, Inc.
09/30/04 for X Ray Associates, Inc.
09/30/004 for Dr. Robert K. Chinn, M.D. for Summary of Hospital Charges dated 10/11/04

Town of Narragansett Fire Department
26 Fifth Avenue
Narragansett, RI 02882

Date of Service: 09/30/04

Jonathan Owens, M.D.
34 Commerce Drive
Riverhead, NY 11901

Date of Service: 11/17/04 and 11/29/05

(3) The Mount Sinai Hospital
One Gustave L. Levy Place
Box 6000
New York, NY 10029

Billing Statement for Date of Service: 04/14/00

Respectfully submitted
Plaintiff, Frederick Tedeschi
By his Attorneys:
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esquire Ct. Reg. #2439
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 23rd day of March 2006 to J. Renn Olenn, Esquire, OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling

Bonnie S. Dowling