37171

# FAX TRANSMISSION

**PACKER & O'KEEFE**
1220 Kingstown Road
Peace Dale, Rhode Island 02879-2440
(401)789-4850
Fax: (401)782-4210

| | | | |
|---|---|---|---|
| **To:** | J. Renn Olenn, Esquire | **Date:** | March 31, 2006 |
| **Fax #:** | (401) 737-5499 | **Pages:** | 5, including this cover sheet. |
| **From:** | Merlyn P. O'Keefe, Esq. | | |
| **Subject:** | Frederick Tedeschi v. Travis & Natalie | C.A. No. 2005-304ML | |

Dear Mr. Olenn:

Enclosed please find maintenance material of Mr. Tedeschi.

Merlyn P. O'Keefe, Esq.

MOK:bsd

Dist 1000
Lot 40
Bl 6
Sect 36

6686

FREDERICK J. TEDESCHI
P.O. BOX 321
GREENPORT, NY 11944

50-1063
214

DATE Dec 22, 2005

PAY TO THE ORDER OF Receiver of Taxes, Town of Southold $1,216 38/100

One thousand Two Hundred Sixteen 38/100 DOLLARS

THE BANK OF NEW YORK
230 Main Street
Greenport, NY 11944

Frederick J. Tedeschi

⑈006686⑈ ⑆021410637⑆ ⑈0131118642⑈ ⑈0000121638⑈

⑈006757⑈ ⑆021410637⑆ ⑈0131118642⑈ ⑈0000121638⑈

Frederick J. Tedeschi

THE BANK OF NEW YORK
230 Main Street
Greenport, NY 11944

One thousand Two Hundred Sixteen 38/100 DOLLARS

PAY TO THE ORDER OF Receiver of Taxes, Town of Southold $1,216 38/100

DATE

50-1063
214

FREDERICK J. TEDESCHI
P.O. BOX 321
GREENPORT, NY 11944

6757




OVER PLEASE



Ck. No.5874 12/22 $1,182.87

OVER PLEASE

LIMPET CORP.
218 Front Street
Greenport, N.Y. 11944

March 30, 2006

To Whom It May Concern:

Re: Mortgage - Frederick J. Tedeschi, Jr.

The mortgage dated August 31, 2001 in the sum of $120,000.00 on the home of Frederick J. Tedeschi, Jr. at 26 Middleton Road, Greenport, N.Y. 11944 is held by this corporation.

Under the terms of the mortgage monthly payments of $834.37 are due and payable each month. Mr. Tedeschi is currently up to date in his payments.

Very truly yours,

LIMPET CORP.

By E.R. Ambruso
E.R. Ambruso