JRO:CLI:jlb:cli 37171 \\pleading\37171motion

APR 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**DEFENDANT'S MOTION TO OVERRULE OBJECTIONS AND/OR COMPEL FURTHER PRODUCTION FROM THE PLAINTIFF**

Now comes the defendant, Travis & Natalie, Inc., and hereby moves to overrule objections and/or compel further production as set forth in the attached memorandum of law within twenty (20) days from the court's order.

DEFENDANT, Travis & Natalie, Inc.
By Its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 5/10/06

hand delivered **CERTIFICATION**

I certify that I ~~sent~~ a true copy of the within on 5/14/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879