**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :
PLAINTIFF :
:
vs. : C.A. NO.: 2005-304 ML
:
TRAVIS & NATALIE, INC. :
DEFENDANT :

**MOTION FOR AN EXTENSION OF TIME**

Comes now your Plaintiff and moves this Court for an extension of time within which to answer Defendant's Motion for Partial Summary Judgment to 9 June 2006.

As grounds for this motion, Plaintiff would represent his counsel has been actively engaged in trial before the Honorable Donald Lagueux since 17 May 2006.

Granted
Mary M. Lisi
USDJ 5/23/06

Respectfully submitted
Plaintiff, Frederick Tedeschi
By his Attorneys:
PACKER & O'KEEFE, LLC

Merlyn P. O'Keefe, Esquire
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 19th day of May 2006 to J. Renn Olenn, Esquire, OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling
Bonnie S. Dowling