JRO:mes 37171

AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI

VS.

TRAVIS & NATALIE, INC.

## APPEARANCE

CASE NUMBER: 2005-304 ML

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for defendant, Travis & Natalie, Inc.

5/23/06

*Date*

*Signature*

Martin K. DeMagistris, Esq. #6089

*Print Name*

OLENN & PENZA, LLP

530 Greenwich Ave.

*Address*

Warwick, RI 02886

*City* *State* *Zip Code*

401-737-3700

*Phone Number*