JRO:CLI:mes 37171 \pleading\37171mextend.wpd

FILED MAY 26 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Now comes the defendant in the above matter and moves to extend the time within which to respond to the plaintiff's motion for partial summary judgment up to and including June 15, 2006.

In support of this motion, defendant's counsel has been engaged in trial in the United States District Court and is on the advanced trial calendar in the Providence County Superior Court with a trial calendar call on May 26, 2006. Accordingly, defendant's counsel requests additional time within which to respond to the plaintiff's motion for partial summary judgment.

DEFENDANT,
By its Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Granted.
Mary M. Lisi
USDJ 5/25/06

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5/23/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Maureen E. Sunden