JRO:CLI:mes:cli 37171 \pleading\37171mextend.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MEMORANDUM**

Now comes the defendant in the above matter and moves to extend the time within which to file it's pre-trial memorandum to up to and including June 30, 2006, or 30 days after the Court's decision on pending cross-motions for partial summary judgment. Said decision may make portions of a pre-trial memorandum either more or less necessary.

In support of this motion, defendant's counsel has recently been engaged in trial in the United States District Court and is on the advanced trial calendar in the Providence County Superior Court with a trial calendar call on May 26, 2006. Further, both parties to this action have filed motions for partial summary judgment which may significantly narrow the trial issues. Accordingly, defendant's counsels request additional time within which to prepare and file the pre-trial memorandum.

DEFENDANT,
By its Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5/25/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Maureen E. Sundin