*Jonathan Owens, M.D.*
*34 Commerce Drive*
*Riverhead, N.Y. 11901*

*Telephone: (631)369-1188*
*Fax: (631)208-1604*

---

**PATIENT:** Tedeschi, Fred **DOB:** 9/1/71

**DATE:** 11/17/04 **INSURANCE:** Vytra

---

**HISTORY:** This is an initial examination of this 33 year old male who was injured September 30th when his forearm was lacerated in an assault with a chain saw. Patient was seen in the local hospital in Rhode Island and underwent surgical debridement and repair. Specifically the radial ulna and media nerves were apparently spared. Note that there is a coincident history of Type II Diabetes.

**PHYSICAL EXAMINATION:** The laceration is healing well. Motor testing demonstrates normal function of the wrist extensors, digital extensors, EIP and thumb abductor as an extensors. At present power grip is easily accommodated.

**IMPRESSION/PLAN:** I have discussed the likelihood that partial injuries of the muscles were incurred and that these will heal, although some mild residual loss of strength may be present. He is clear to resume work without restriction. He will return on a PRN basis should he have any difficulty with this.

Jonathan Owens, M.D.

Ex. A