F:\data\pleading\37171undisputedmotion.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED STATEMENT OF UNDISPUTED FACTS OUT OF TIME**

Now comes the defendant in the above-entitled action and hereby moves this court for leave to file the attached amended statement of undisputed facts in support of its motion for partial summary judgment. Defendant relies on the attached memorandum of law in support of this motion.

DEFENDANT,
By its Attorneys,

J. Renn Olenn by MKD #6089
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 6.23.06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

[signature]

F:pleading\37171memundis.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED STATEMENT OF UNDISPUTED FACTS OUT OF TIME**

Defendant inadvertently relied on the superseded Rule 12.1 of the Local Rules for the District of Rhode Island in submitting its original Statement of Undisputed Facts. Defendant has drafted the attached amended statement in compliance with Local Rule 56, effective January 1, 2006. Defendant requests this court grant it leave to file the amended statement out of time, as the deadline for the filing of dispositive motions has passed, and in full satisfaction of plaintiff's motion to strike.

DEFENDANT,
By its Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 6·23·06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

CWaks