FILED

JUN 26 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

F:\data\pleading\37171undisputedmotion.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED STATEMENT OF UNDISPUTED FACTS OUT OF TIME**

Now comes the defendant in the above-entitled action and hereby moves this court for leave to file the attached amended statement of undisputed facts in support of its motion for partial summary judgment. Defendant relies on the attached memorandum of law in support of this motion.

DEFENDANT,
By its Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Granted.
Mary M. Lisi
USDJ 6/27/06

**CERTIFICATION**

I certify that I sent a true copy of the within on 6-23-06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

[signature]