JRO:MKD:co 37171 \pleading\37171St Und Facts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**DEFENDANT'S AMENDED STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56**

1. Frederick J. Mattera ("Mattera") is the president of Travis & Natalie, Inc. (Deposition of Frederick J. Mattera ("Mattera depo") p.4:11)

2. Plaintiff, Frederick M. Tedeschi ("Tedeschi"), was employed as a crewman aboard the *F/V Travis & Natalie* for several fishing trips in the late Summer and early Fall of 2004. (Deposition of Frederick Tedeschi ("Tedeschi depo"), p.73-74)

3. Tedeschi was a resident of Greenport, Long Island, New York, at the time of the incident giving rise to this action. (undisputed fact)

4. Benjamin "Tom" Troyer ("Troyer") was employed aboard the *F/V Travis & Natalie* at various times during the year 2004. (Mattera Depo., p.56)

5. On or about September 27, 2004, the *F/V Travis & Natalie* docked in the port of Galilee, Narragansett, Rhode Island after returning from a fishing trip. (Tedeschi depo, p.106:18)

6. In order to prepare the boat to fish in a different fishery, the crew aboard the *F/V Travis & Natalie*, including the plaintiff, Troyer, Fred Angel, and Peter Tutko, performed "gear work" at the dock to make the boat ready for operating in the next fishery. (Tedeschi Depo, p.106:18)

7. On or about September 29, 2004, Troyer and Tedeschi performed gear work until approximately 6 o'clock in the evening. (Tedeschi Depo, p.106:18)

8. After finishing the gear work, Troyer, Tedeschi, and Mike Long ("Long"), a friend of Tedeschi's from Long Island, stood in the parking lot of the dock, talking and drinking whiskey for several hours. (Tedeschi Depo, p.114:3)

9. At some point between 9:30 and 10:00 p.m., Troyer suggested to Long and Tedeschi

that they accompany him back to his house in Richmond, Rhode Island, to continue drinking, socializing, and to stay overnight. (Tedeschi depo, p.116-117)

10. Tedeschi and Long agreed. The three traveled to Troyer's house together in Troyer's pickup truck. (Tedeschi depo, p.114-117)

11. The three stopped at a liquor store on the way to buy more alcohol for the evening.(Mattera depo, p.42:10)

12. After arriving at Troyer's home, the three drank more whiskey and several beers each. (Tedeschi depo, p.118-120)

13. After drinking and talking for several hours, a fight broke out between Troyer on one side and Long and Tedeschi on the other. (Tedeschi depo, p.127:18)

14. At some point during the altercation, Troyer's face encountered an empty whiskey bottle which was in Tedeschi's hand. (Tedeschi depo, p.128:10-129:25)

15. In an effort to avoid another confrontation, Clara "Rose" Troyer ("Rose"), Troyer's wife, drove Tedeschi and Long back to Point Judith in Troyer's truck. (Tedeschi depo, p.128:1-5)

16. Mattera agreed to allow plaintiff to sleep on the boat the night before a trip as an accommodation to the plaintiff, since plaintiff was from Long Island and Tedeschi did not have local lodging. (Mattera depo, p.67:11)

17. Tedeschi had not planned on staying on the boat on the night of the incident giving rise to this action. (Tedeschi depo, p.116-117)

18. After dropping Tedeschi and Long off in the parking lot in Galilee, Rose drove back home to Richmond. The plaintiff and Long talked for approximately one hour on the boat. (Tedeschi depo, p.133:13)

19. Somewhere between 5:00 and 6:00 a.m., Long left the boat to sleep in his car. (Tedeschi depo, p.133:15-25)

20. The plaintiff went into the living quarters of the boat to sleep. He changed into bed clothes and went to use the head. (Tedeschi depo, p.134:14)

21. Rose and Troyer arrived back at the boat in Troyer's pickup truck. Troyer proceeded to slash all four tires on Tedeschi's vehicle. (Mattera Depo., p. 46-47)

22. Troyer took a chainsaw out of the back of his pickup truck and proceeded to walk onto the vessel. (Undisputed fact)

23. Troyer started the chainsaw and proceeded to cut through the bathroom door. While Troyer was cutting through the bathroom door, Tedeschi suffered a laceration to his forearm. (Tedeschi depo, p. 139:15-140:15) Plaintiff has testified that the laceration to his forearm was suffered after Troyer cut through the door, and while Troyer could see Tedeschi. There is conflicting evidence of this. (Tedeschi depo, p.136-37)

24. After the initial laceration to Tedeschi's forearm, Troyer started screaming at him, took out a knife, and threatened Tedeschi with it. (Tedeschi depo, p.142:1-11)

25. After seeing that Tedeschi had been cut with the chainsaw, Troyer told Tedeschi he would need 911, and proceeded to leave the vessel. (Tedeschi depo, p.142:1-11)

26. As he was leaving the vessel, Troyer was confronted by a Narragansett police officer. He was arrested and eventually charged and plead nolo contendere to felony assault. (R.I. state court system - Adult Criminal Information Database. http://courtconnect.courts.state.ri. us/pls/ri _adult/ck_public_qry_main.cp_main_idx)

27. Tedeschi was charged with felony assault for striking Troyer in the face with the empty bottle. He eventually plead nolo contendere to a reduced charge of simple assault. (Tedeschi depo, p.50:7; R.I. state court system - Adult Criminal Information Database. http://courtconnect.courts.state.ri. us/pls/ri _adult/ck_public_qry_main.cp_main_idx)

28. Troyer's prior criminal history includes the following:

1982 - Breaking and entering a dwelling without consent. Plea of nolo contendere. (R.I. state court system - Adult Criminal Information Database. http://courtconnect.courts.state.ri. us/pls/ri _adult/ck_public_qry_main.cp_main_idx)

1986 - Breaking and entering a building with felony intent. Plea of nolo contendere. (R.I. state court system - Adult Criminal Information Database. http://courtconnect.courts.state.ri. us/pls/ri _adult/ck_public_qry_main.cp_main_idx)

1997 - Simple assault/battery. Plea of nolo contendere. (R.I. state court system - Adult Criminal Information Database. http://courtconnect.courts.state.ri. us/pls/ri _adult/ck_public_qry_main.cp_main_idx)

DEFENDANT,
By its Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 6.23.06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879