IN THE UNITED STATES COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FREDERICK TEDESCHI :
PLAINTIFF :
:
vs. : C.A. NO.: 2005-304 ML
:
TRAVIS & NATALIE, INC. :
DEFENDANT :

**MOTION TO STRIKE DEFENDANT TRAVIS AND NATALIE, INC.'S MOTION FOR SUMMARY JUDGMENT AND IN PARTICULAR ITS STATEMENT OF UNDISPUTED FACTS, SO CALLED**

Comes now your Plaintiff, Frederick Tedeschi, and moves this Honorable Court to strike Defendant Travis and Natalie, Inc.'s Motion for Summary Judgment and supporting memorandum and Undisputed Statement of Facts and to file a reworked motion and supporting documents conforming to F.R.C.P. and Local Rule 56.

As grounds for this motion, Plaintiff, Frederick Tedeschi, would rely on the attached Memorandum of Points and Authorities.

Denied as moot. Defendant has complied with Local Rule 56.
Mary M. Lisi
USDJ 6/27/06

Respectfully submitted
Plaintiff, Frederick Tedeschi
By his Attorney:

Merlyn P. O'Keefe, Esquire
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 8th day of June 2006 to J. Renn Olenn, Esquire, OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling
Bonnie S. Dowling