**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI<br>PLAINTIFF | : | |
| | : | |
| vs. | : | C.A. NO.: 2005-304 ML |
| | : | |
| TRAVIS & NATALIE, INC.<br>DEFENDANT | : | |

**PLAINTIFF'S COUNTER STATEMENT**
**TO DEFENDANT'S STATEMENT OF FACTS IN DISPUTE**
**PURSUANT TO LOCAL RULE E 56 AS**
**CERTIFIED ON 15 JUNE 2006**

(5) Tedeschi in his statement to the police did indeed indicate referring to Troyer: "...he puts a knife to my neck and this and that" Tedeschi Deposition Exhibit C.

(8) Defendant does not counter Plaintiff's sworn facts with sworn facts, thereby, waiving his right to do so.

(10, 11, 12) There is nothing in the record so much as hinting that Troyer's intention was only to cut through the locked bathroom door as Defendant would have it. Quite to the contrary as Mr. Tedeschi testified: "First something comes through the door and almost slices my pinky off on my right hand because the door is to my right. So I jump back and I see the chainsaw blade slicing through the bathroom door, it's a wooden door. He comes at me with the chainsaw and he swings it at my head and I put my right arm up to protect myself and it gets cut." Tedeschi Deposition at 136: 13-19. After the two rips with the saw, he picked up a kung fu knife Tedeschi Deposition at 142: 3 and puts it to my neck. *Id.* at 17,

18. As Troyer walked away, he left Plaintiff with the "impression he was going to leave me there to bleed to death." *Id.* at 14-15.

(14) Although Fred Mattera indeed did say he did not need anyone staying on the vessel overnight, he did acknowledge that a bilge alarm would sound if water climbed too high in the bilge but that the pump was not automatic and had to be turned on manually and Tedeschi was competent to pump it out. Mattera Deposition at 66: 12. Tedeschi testifed to the same and went one step further testifying, "He benefitted from me being on the boat in that regard." Deposition at 80: 7-25 In this same vein, Joseph Mattera, Fred Mattera's brother and the current captain of the F/V Travis and Natalie, testified that if the bilge went un-pumped after the alarm sounded, the vessel could be endangered. Deposition of Anthony Joseph Mattera of 27 June 2006 (transcript not yet available).

(15) Defendant cannot leave Plaintiff to his proof where Plaintiff has presented specific reference to the record in support of "damages, his physical capabilities and causation." Not having referred to record evidence because there is none, the Defendant has conceded these several points as a matter of law and has waived his right to contest them not only here but before the Jury as well.

Respectfully submitted
Plaintiff, Frederick Tedeschi
By his Attorney

Merlyn P. O'Keefe, Esquire
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within on the 7th day of July 2006 to J. Renn Olenn, Esquire, OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling

Bonnie S. Dowling