**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI<br>PLAINTIFF | : | |
| | : | |
| vs. | : | C.A. NO.: 2005-304 ML |
| | : | |
| TRAVIS & NATALIE, INC.<br>DEFENDANT | : | |

**PLAINTIFF FREDERICK TEDESCHI'S**
**COUNTER TO DEFENDANT'S**
**AMENDED STATEMENT OF UNDISPUTED FACTS**
**PURSUANT TO LOCAL RULE 56**
**AS CERTIFIED ON 23 JUNE 2006**

6. Neither Fred Angel nor Peter Tutko is mentioned anywhere in the Tedeschi deposition.

8. Plaintiff did not testify in his deposition that he drank whiskey for several hours. Rather, he testified that over a couple of hours he had at least a sip. Tedeschi Deposition at 114-11, 23-24.

12. There is no indication that Tedeschi drank whiskey at Troyer's house at Tedeschi Deposition at 118-120.

13. The citation to Tedeschi Deposition at 127:18 does not contain any reference to "drinking and talking for several hours."

15. There is no reference at Tedeschi Deposition at 128:1-5 as to Rose Troyer's motivation.

16. Plaintiff Tedeschi testified that he "was staying on the boat, to watch the boat, to pump the boat, to make sure it was safe, no drug ( ) sic, no fish baskets were walking away. My duties did not end at the end of the day. My duties were around the clock the whole time I was in Rhode Island." Deposition of Tedeschi at 82: 9-13.

19. Tedeschi Deposition at 133: 15-25 does not indicate what time Long left the boat.

21. Mattera Deposition at 46-47 does not indicate how Troyer traveled to the boat nor does it speak to whether Rose was with him.

22. Plaintiff does not know where Troyer got the chainsaw–it is not part of the record.

23. Plaintiff Tedeschi suffered two separate wounds from the chainsaw–the first to his right pinkie and then to his right forearm and these wounds were received after Troyer had swung at and missed his head with the chainsaw. Tedeschi Deposition at 136: 13-19.

28. Troyer's prior criminal record online also includes the following:

| | |
|---|---|
| 42-1997-00104 | Child Abuse–2nd Degree and Simple Assault–No information filed. |
| N2-1983-0197A | Possession Marijuana, Minor Possessing Alcohol–Dismissed 48A. |
| N2-1986-0028A | The disposition of the Breaking and Entering at Night with Felony Indent to which Defendant refers led to a sentence of ten years to serve with four of these years suspended. |

Report of J. Grant Parker of 10 September 2005

Respectfully submitted
Plaintiff, Frederick Tedeschi
By his Attorney:

Merlyn P. O'Keefe, Esquire
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within on the 7th day of July 2006 to J. Renn Olenn, Esquire, OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling