JRO:MKD:lml 37171 \pleading\37171MotDepo

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**DEFENDANT'S MOTION FOR LEAVE OF COURT TO TAKE DEPOSITION OF STATE PRISONER PURSUANT TO FRCP 30(a)(2)**

Now comes your defendant in the above entitled action and hereby requests that this Honorable Court grant defendant leave to conduct the deposition of Benjamin (Tom) Troyer, currently being held in the Rhode Island State Adult Correctional Facility. Mr. Troyer's testimony is singularly relevant to plaintiff's action and defendant's various defenses, since he was admittedly plaintiff's assailant in the incident giving rise to this action.

Defendant relies on the attached memorandum of law in support of this motion.

Respectfully submitted,

DEFENDANT,
By its Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

#6089
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Lisa M. [signature]

JRO:MKD:lml 37171 \pleading\37171Memorandum

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO CONDUCT DEPOSITION OF A STATE PRISONER PURSUANT TO FRCP 30(a)(2)**

As the court may be aware, this case arises out of an incident which occurred on September 30, 2004, in which the plaintiff alleges that Benjamin "Tom" Troyer assaulted him with a chainsaw onboard the F/V Travis & Natalie in Point Judith, Rhode Island. Both plaintiff and defendant have filed cross motions for partial summary judgment on various issues of the case. In particular, the plaintiff has filed a motion for partial summary judgment on the issue of unseaworthiness. Plaintiff's theory is that Mr. Troyer was a particularly vicious and savage seaman, outside the disposition of an ordinary seaman in the calling, and therefore constituted an unseaworthy condition on the vessel. As evidence of his savage and vicious nature, the plaintiff's primary, if not only, evidence is the very incident giving rise to this action. Therefore, Troyer's testimony about the events of September 30, 2004 are of utmost relevance to this case.

In the midst of a criminal prosecution for his assault on the plaintiff in the present action, Troyer fled to Louisiana where he ostensibly resumed work as a tugboat captain. Several months ago, Mr. Troyer was identified, arrested and transferred to Rhode Island for prosecution. On June 6, 2006, he appeared in Washington County Superior Court where he pled nolo contendere to felony assault and accepted a 3-year prison sentence.

Because Mr. Troyer is a central figure in the series of events giving rise to plaintiff's action, defendants request leave of this court to take his deposition at the Adult Correctional Facility. Although discovery has closed in this case, defendants believe that Mr. Troyer's prior unavailability and the unique importance of his testimony, strongly supports the reopening of discovery for the

limited purpose of taking this witness' deposition.

To that end, pursuant to Rule 30 (a)(2) of the Federal Rules of Civil Procedure, defendants request this court grant leave to take the deposition of Mr. Troyer.

Respectfully submitted,

DEFENDANT,
By its Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879