JRO:MKD:lml 37171 \pleading\37171MotExtend

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MEMORANDA**

Now comes your defendant in the above entitled action and requests this court extend the time by which the parties must file pre-trial memoranda to thirty (30) days after the completion of a deposition of Benjamin Troyer.

Defendant has filed a motion to take the deposition of Mr. Troyer, who is currently incarcerated at Rhode Island's adult correctional facility, based on his status as a key fact witness. Should the court grant that motion, defendants would work with prison officials and plaintiff's attorney to schedule and conduct a deposition in a timely fashion. However, based on past experience, these types of depositions often run into unexpected delays. Therefore, defendant requests this court extend the deadline by which the parties must submit pre-trial memoranda to thirty (30) days after Mr. Troyer's deposition. Defendant relies on the attached memorandum of law in support of this motion.

DEFENDANT,
By its Attorney,

J. Renn Olenn by MKD #6089
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Lisa M. [signature]

JRO:MKD:lml 37171 \pleading\37171Memorandum2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME FOR FILING PRE-TRIAL MEMORANDA**

Currently, this court has ordered pre-trial memoranda in the above entitled action to be filed within thirty (30) days after the court hears the parties' motions for partial summary judgment. Based on the recent discovery that Mr. Troyer is in Rhode Island and available for deposition at the Adult Correctional Facility, defendants have moved for leave to re-open discovery for the limited purpose of taking his deposition. Should the court grant that motion, defendant would proceed expediently in coordinating with prison officials and plaintiff's attorney in order to schedule a deposition. However, based on past experience, delays are common in scheduling these types of depositions. Accordingly, defense counsel is not confident that the deposition, and corresponding transcript, will be completed within thirty (30) days of the hearing on the motion for summary judgment, currently scheduled for August 1.

Therefore, defendant requests this court extend the time within which to file pre-trial memoranda to thirty (30) days after the completion of the deposition of Mr. Troyer, provided that this court grant leave to take his deposition.

Respectfully submitted,

DEFENDANT,
By its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879