**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI<br>PLAINTIFF | : | |
| vs. | : | C.A. NO.: 2005-304 ML |
| TRAVIS & NATALIE, INC.<br>DEFENDANT | : | |

**PLAINTIFF FREDERICK TEDESCHI'S OBJECTION TO DEFENDANT'S MOTION TO EXTEND TIME TO FILE PRE-TRIAL MEMORANDA**

Comes now your Plaintiff Frederick Tedeschi and objects to Defendant's motion to extend time to file pre-trial memoranda.

As grounds for this objection, Plaintiff Frederick Tedeschi would rely on the attached memorandum of points and authorities.

Respectfully submitted,
Plaintiff, Frederick Tedeschi
By his Attorney,

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 25th day of July 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| PLAINTIFF | : | |
| | : | |
| vs. | : | C.A. NO.: 2005-304 ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |
| DEFENDANT | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF FREDERICK TEDESCHI'S OBJECTION TO DEFENDANT'S MOTION TO EXTEND TIME TO FILE PRE-TRIAL MEMORANDA**

It is not at all clear if the need for this extension Defendant seeks will arise since the Court may not see fit to allow the deposition of a state prisoner after discovery is closed and, even if it were to allow discovery, that it could not be conducted prior to the pre-trial memorandum being due.

Too, the relevance of Mr. Troyer's testimony is dubious–he cannot claim self defense for an assault that began and ended in Richmond hours earlier and miles away than his chainsaw attack–to which he has pled *nolo* and received a jail sentence of three years–in Galilee. Too, the "need" for Mr. Troyer's testimony cannot be so great when it is realized that Defendant did not depose either Rose Troyer or Michael Long who were also present, nor had it previously–even to this point–noticed Troyer's deposition. Clearly, Defendant has had a change of heart and now wants to make Troyer its Exhibit 1 and divert attention from his client to Troyer as the culpable party.

The time for discovery in this case has passed and the parties have rested for the time being on cross motions for summary judgment. By filing a motion for summary judgment and an

objection to Plaintiff's, Defendant has cast its trial die. Whatever is left after the Court rules, should be marked up and tried.

Respectfully submitted,
Plaintiff, Frederick Tedeschi
By his Attorney:

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 25th day of July 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling