UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI<br>PLAINTIFF | : | |
| vs. | : | C.A. NO.: 2005-304 ML |
| TRAVIS & NATALIE, INC.<br>DEFENDANT | : | |

**PLAINTIFF FREDERICK TEDESCHI'S OBJECTION TO DEFENDANT'S MOTION FOR LEAVE OF COURT TO TAKE DEPOSITION OF STATE PRISONER PURSUANT TO F.R.C.P. 30 (a) (2)**

Comes now your Plaintiff Frederick Tedeschi and objects to Defendant's motion for leave of Court to take deposition of state prisoner pursuant to F.R.C.P. 30 (a) (2).

As grounds for this objection, Plaintiff Tedeschi would rely on the attached memorandum of points and authorities.

Respectfully submitted,
Plaintiff, Frederick Tedeschi
By his Attorney:

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 25th day of July 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FREDERICK TEDESCHI<br>PLAINTIFF | : | |
| vs. | : | C.A. NO.: 2005-304 ML |
| TRAVIS & NATALIE, INC.<br>DEFENDANT | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF FREDERICK TEDESCHI'S OBJECTION TO DEFENDANT'S MOTION FOR LEAVE OF COURT TO TAKE DEPOSITION OF STATE PRISONER PURSUANT TO F.R.C.P. 30 (a) (2)**

Without even the slightest nod to this Court's 4 October 2005 Order closing discovery as of 29 April 2006, let alone a motion, the Defendant only now, close to ninety days post the discovery close, seeks for the first time to depose Benjamin Troyer, the person who hacked at Plaintiff with a chainsaw and whose involvement was known from day one. This should not be allowed. At a minimum, the Defendant should provide the Court with an affidavit as to what steps it previously took to depose Troyer.

Respectfully submitted,
Plaintiff, Frederick Tedeschi
By his Attorney:

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

# CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 25th day of July 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling
Bonnie S. Dowling