oly attached

JRO:MKD:lml 37171 \pleading\37171MotExtend

FILED JUL 24 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FREDERICK TEDESCHI :
:
VS. : C. A. NO. 2005-304ML
:
TRAVIS & NATALIE, INC. :

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MEMORANDA**

Now comes your defendant in the above entitled action and requests this court extend the time by which the parties must file pre-trial memoranda to thirty (30) days after the completion of a deposition of Benjamin Troyer.

Defendant has filed a motion to take the deposition of Mr. Troyer, who is currently incarcerated at Rhode Island's adult correctional facility, based on his status as a key fact witness. Should the court grant that motion, defendants would work with prison officials and plaintiff's attorney to schedule and conduct a deposition in a timely fashion. However, based on past experience, these types of depositions often run into unexpected delays. Therefore, defendant requests this court extend the deadline by which the parties must submit pre-trial memoranda to thirty (30) days after Mr. Troyer's deposition. Defendant relies on the attached memorandum of law in support of this motion.

DEFENDANT,
By its Attorney,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Granted.
Mary M. Lisi
USDJ 8/1/06

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Lisa M. Hellborg