rly attached

SCANNED

FILED
JUL 24 2006
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

JRO:MKD:lml 37171 \pleading\37171MotDepo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**DEFENDANT'S MOTION FOR LEAVE OF COURT TO TAKE DEPOSITION OF STATE PRISONER PURSUANT TO FRCP 30(a)(2)**

Now comes your defendant in the above entitled action and hereby requests that this Honorable Court grant defendant leave to conduct the deposition of Benjamin (Tom) Troyer, currently being held in the Rhode Island State Adult Correctional Facility. Mr. Troyer's testimony is singularly relevant to plaintiff's action and defendant's various defenses, since he was admittedly plaintiff's assailant in the incident giving rise to this action.

Defendant relies on the attached memorandum of law in support of this motion.

Respectfully submitted,

DEFENDANT,
By its Attorneys,

J. Renn Olenn MKD
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Granted.
Mary M. Lisi
USDJ 8/1/06

Martin K. DeMagistris #6089
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

72

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

[signature]