JRO:CLI:ljc 37171 \pleading\37171DismStip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FREDERICK TEDESCHI | : | |
| | : | |
| VS. | : | C. A. NO. 2005-304ML |
| | : | |
| TRAVIS & NATALIE, INC. | : | |

**DISMISSAL STIPULATION**

The within matter is dismissed with prejudice, no interest, no costs.

PLAINTIFF,
By his Attorney,

/s/ Merlyn O'Keefe
Merlyn O'Keefe, Esq. #2439
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879
PHONE: (401) 789-4850
FAX: (401) 782-4210

DEFENDANT,
By its Attorney,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

APPROVED:

______________________________
Mary M. Lisi
United States District Judge